### 42241, 42242. KENNESAW LIFE & ACCIDENT INSURANCE COMPANY v. FLANIGAN (two cases).

HALL, Judge. A petition in tort for fraud and deceit predicated upon false and fraudulent representations, made by a duly authorized agent of an insurance company in the sale of a life insurance policy, that the plaintiff would share in the company's profits, that the defendant guaranteed an annual return of not less than 6 percent, and possibly as much as 15 percent, and that the plaintiff could at her option withdraw any part or all of the sums paid to the company, failed to state a cause of action because the representations upon which the action is predicated were promises and conjectures as to future acts and events. *Crozier v. Provident Life &c. Ins. Co.*, 53 Ga. App. 572, 574 (186 SE 719); *Cosby v. Asher*, 74 Ga. App. 884, 887 (41 SE2d 793); *Ambrose v. Brooks*, 109 Ga. App. 881, 882 (137 SE2d 573); *Clinton v. State Farm Mut. Auto Ins. Co.*, 110 Ga. App. 417, 419 (138 SE2d 687); *Strickland v. Levy's of Savannah*, 112 Ga. App. 665, 666 (145 SE2d 831).

The trial court erred in overruling the defendant's general demurrers to the plaintiff's petitions.

*Judgment reversed. Nichols, P. J., and Deen, J., concur.*

SUBMITTED SEPTEMBER 12, 1966—DECIDED OCTOBER 10, 1966—REHEARING DENIED OCTOBER 26, 1966.

*Jones & Kemp, Charles M. Jones,* for appellant.
*L. H. Hilton,* for appellee.